# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

**Request for Modifying the Conditions of Supervision
With Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
FEB 25 2014
CLERK U.S. DISTRICT COURT
By _____
Deputy

Name of Offender: Kerry Nelson Plonas                Case No.: 4:02-CR-206-Y(01)

Name of Sentencing Judicial Officer: Senior U.S. District Judge Terry R. Means

Date of Original Sentence: September 29, 2003

Original Offense: Sexual Exploitation of a Child, 18 USC § 2251(a)

Original Sentence: 120 months custody, 3-year term of supervised release

Type of Supervision: Supervised Release            Date Supervision Commenced: December 16, 2013

Assistant U.S. Attorney: John Bradford              Defense Attorney: Cynthia Henley (Retained)

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the offender as follows:

The defendant shall possess and use only those computers and computer-related devices, screen user names, passwords, e-mail accounts, and internet service providers (ISPs), which have been disclosed to the Probation Officer upon commencement of supervision. Any changes or additions are to be disclosed to the Probation Officer prior to the first use. Computers and computer-related devices are defined as follows: personal computers, personal data assistants (PDAs), internet appliances, electronic games, cellular telephones, and digital storage media, as well as their peripheral equipment, that can access, or can be modified to access, the internet, electronic bulletin boards, and other computers.

All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search and seizure. This shall not apply to items used at the employment's site, which are maintained and monitored by the employer.

## Cause

Mr. Plonas released from the custody of the Federal Bureau of Prisons on February 23, 2012, and began serving a state sentence with the Texas Department of Criminal Justice. On December 16, 2013, Mr. Plonas released from state custody and returned to his family residence in Cerritos, California. He is currently being supervised by Senior U.S. Probation Officer Alan Winton in the Central District of California, Santa Fe Springs Office. USPO Winton requested the above-mentioned additional conditions.

Furthermore, since Mr. Plonas has no ties to Texas and plans to stay in California for the duration of his term of supervision, it is respectfully requested that jurisdiction be transferred to the Central District of California, Los Angeles Division. Should the court agree to the transfer of jurisdiction, the Form 22 is attached for processing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2014.

Approved,

s/ Dale L. Akers
   Senior U.S. Probation Officer
   Fort Worth, Texas
   817-840-0737

s/ Mark A. Briones
   Supervising U.S. Probation Officer
   817-840-0739

**Order of the Court:**

☐ No Action

☐ The extension of supervision as noted above.

☑ To add to the conditions of supervision as follows:

  The defendant shall possess and use only those computers and computer-related devices, screen user names, passwords, e-mail accounts, and internet service providers (ISPs), which have been disclosed to the Probation Officer upon commencement of supervision. Any changes or additions are to be disclosed to the Probation Officer prior to the first use. Computers and computer-related devices are personal computers, personal data assistants (PDAs), internet appliances, electronic games, cellular telephones, and digital storage media, as well as their peripheral equipment, that can access, or can be modified to access, the internet, electronic bulletin boards, and other computers.

  All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search and seizure. This shall not apply to items used at the employment's site, which are maintained and monitored by the employer.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
Terry R. Means
Senior U.S. District Judge

2-25-14
Date

DLA/ehb

*Attachments

PROB 49
(3/89)

# United States District Court

Northern **District** of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall comply with the rules and regulations of the Computer Monitoring Program. The defendant shall pay the cost of the Computer Monitoring Program, in an amount not to exceed $32 per month per device connected to the internet;

The defendant shall submit his/her person, and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and his/her effects to search at any time, with or without a warrant, by any law enforcement or Probation Officer with reasonable suspicion concerning a violation of a condition of probation/supervised release or unlawful conduct by the defendant, and by any Probation Officer in the lawful discharge of the officer's supervision functions;

Witness _____  Signed _____
            U.S. Probation Officer                    Probationer or Supervised Release

_____
1-23-14
Date